# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00127-CR

**Delton Conroe Huegatter Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
NO. CR21,246, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due August 14, 2006. On the motion of Mr. John R. Duer, appellant's appointed attorney, the time for filing was extended to September 30. No brief was received and no further extension of time was requested. On October 24, 2006, the Court ordered Mr. Duer to tender his brief for filing no later than November 17, 2006. The brief still has not been received.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether Mr. Duer, the attorney it appointed to represent appellant, has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If necessary, the court shall appoint substitute counsel

who will effectively represent appellant in this cause.  A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than January 19, 2007. Rule 38.8(b)(3).

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Filed:   December 19, 2006

Do Not Publish

2